**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41971-btr-7**
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**2305 Wildwood Lane**
Street address, if available, or other description

**Paris**     **TX**    **75461**
City      State    ZIP Code

**Lamar**
County

**2305 Wildwood Lane Paris, TX 75461**
**Single Family Residence**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: **108991** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$487,180.00**

**Current value of the portion you own?**
**$487,180.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........................➔ **$487,180.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| Debtor 1 | **Jeremy Darrell Archer** | | |
| Debtor 2 | **Kristen LeAnn Archer** | Case number (if known) | **18-41971-btr-7** |

---

**3.1.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevrolet** | ☐ Debtor 1 only | |
| Model: | **Tahoe** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2010** | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **120,000** | ☐ At least one of the debtors and another | **$17,200.00**   **$17,200.00** |

Other information:
**2010 Chevrolet Tahoe (approx. 120000 miles)**

☒ Check if this is community property
(see instructions)

---

**3.2.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Cadillac** | ☐ Debtor 1 only | |
| Model: | **CTS** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2013** | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **75,000** | ☐ At least one of the debtors and another | **$15,825.00**   **$15,825.00** |

Other information:
**2013 Cadillac CTS (approx. 75000 miles)**

☒ Check if this is community property
(see instructions)

---

**3.3.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Dodge** | ☐ Debtor 1 only | |
| Model: | **Ram 3500** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2015** | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **135,000** | ☐ At least one of the debtors and another | **$16,950.00**   **$16,950.00** |

Other information:
**2015 Dodge Ram 3500 (approx. 135000 miles)**

☒ Check if this is community property
(see instructions)

---

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

---

**4.1.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Crusader** | ☐ Debtor 1 only | |
| Model: | **5th Wheel** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2013** | ☒ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$25,000.00**   **$25,000.00** |

Other information:
**2013 Crusader 5th Wheel**

☒ Check if this is community property
(see instructions)

---

**4.2.**

| | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | | ☐ Debtor 1 only | |
| Model: | **2017 5X8 Utility Trai** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | | ☒ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$500.00**   **$500.00** |

Other information:
**2017 5X8 Utility Trailer**

☒ Check if this is community property
(see instructions)

---

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | Case number (if known) | **18-41971-btr-7** |

| 4.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Four Winns** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Boat** | ☐ Debtor 1 only | |
| Year: | **1990** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Other information: | | ☑ Debtor 1 and Debtor 2 only | |
| **1990 Four Winns Boat** | | ☐ At least one of the debtors and another | **$3,000.00**     **$3,000.00** |
| | | ☑ Check if this is community property (see instructions) | |

| 4.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **Rockwood** | Check one. | amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: | **Ultralight** | ☐ Debtor 1 only | |
| Year: | **2009** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Other information: | | ☑ Debtor 1 and Debtor 2 only | |
| **2009 Rockwood Ultralight** | | ☐ At least one of the debtors and another | **$5,000.00**     **$5,000.00** |
| | | ☑ Check if this is community property (see instructions) | |

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2. Write that number here.......................................➔   **$83,475.00**

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**                                              **$4,775.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
    music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**                                              **$1,090.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**                                              **$1,200.00**

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☑ Yes. Describe..... **Treadmill and Weight Bench**                                             **$200.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe..... **380**                                                                    **$500.00**

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**                              Case number (if known) **18-41971-btr-7**

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....   **See continuation page(s).**                          **$950.00**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
            gold, silver

☐ No
☑ Yes. Describe.....   **See continuation page(s).**                          **$1,300.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.....   **Dog**                                               **$10.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific
       information.............                                              _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have
     attached for Part 3. Write the number here.............................................................................** ➔   **$10,025.00**

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
            petition

☑ No
☐ Yes.................................................................................... Cash: .........................  _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
            brokerage houses, and other similar institutions.  If you have multiple accounts with the same
            institution, list each.

☐ No
☑ Yes...........................        Institution name:

| 17.1. | Checking account: | **Checking account** | **($485.15)** |
| 17.2. | Checking account: | **Checking account** | **($221.00)** |
| 17.3. | Savings account: | **Savings account** | **$0.00** |
| 17.4. | Savings account: | **Savings account** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................   Institution or issuer name:

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**                                           Case number (if known)   **18-41971-btr-7**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
   information about
   them.........................   Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
   information about
   them.........................   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
            profit-sharing plans

☑ No
☐ Yes.  List each
   account separately.    Type of account:      Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others

☑ No
☐ Yes............................   Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
   information about them                                                    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
   information about them                                                    _____

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
   information about them                                                    _____

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**                              Case number (if known)   **18-41971-btr-7**

**Money or property owed to you?**                                              **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                              _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value................   Company name:        Beneficiary:        Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                              _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                             _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                             _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                              _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................** ➔   ($706.15)

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | Case number (if known) | **18-41971-btr-7** |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.   List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                                    _____

39.  **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                                    _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                    _____

41.  **Inventory**

☑ No
☐ Yes.  Describe..                                                                    _____

42.  **Interests in partnerships or joint ventures**

☐ No
☑ Yes.  Describe.....   Name of entity:                       % of ownership:

**ArchCo LLC**

**Hemphill ISD owes Archco 30,000 that is the subject of a lawsuit between Archco and Camp Davis.  There is also a settlement with Sun Country for 30,000 controlled by a receiver in the Genan case.  Gadsen ISD owes Archco 5000.**

**Assets not controlled by receiver = 5000
Estimated corporate liabilities = 700,000**

_____       **100%**       _____   **$0.00**

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes.  Describe.....                                                        _____

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**...........................................................................➔   **$0.00**

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | Case number (if known) | **18-41971-btr-7** |

## Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                                         _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............                                                                          _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                                         _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                                         _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information...............                                                                          _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here.................................................................................➔   | **$0.00** |

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................➔   | **$0.00** |

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55.   Part 1: Total real estate, line 2**..................................................................................................➔   $487,180.00

**56.   Part 2: Total vehicles, line 5**   $83,475.00

**57.   Part 3: Total personal and household items, line 15**   $10,025.00

**58.   Part 4: Total financial assets, line 36**   ($706.15)

**59.   Part 5: Total business-related property, line 45**   $0.00

**60.   Part 6: Total farm- and fishing-related property, line 52**   $0.00

**61.   Part 7: Total other property not listed, line 54**   +   $0.00

**62.   Total personal property.**   Add lines 56 through 61...................   $92,793.85   Copy personal property total ➔   +   $92,793.85

**63.   Total of all property on Schedule A/B.**   Add line 55 + line 62...............................................................   $579,973.85

Debtor 1    **Jeremy Darrell Archer**

Debtor 2    **Kristen LeAnn Archer**                                    Case number (if known)    **18-41971-btr-7**

6.    **Household goods and furnishings (details):**

| | |
|---|---|
| **2 Couches** | **$200.00** |
| **5 Chairs** | **$250.00** |
| **Recliner** | **$150.00** |
| **Loveseat** | **$150.00** |
| **7 Lamps** | **$100.00** |
| **2 Coffee Tables** | **$75.00** |
| **5 End Tables** | **$270.00** |
| **2 Dining Tables** | **$400.00** |
| **Dishes** | **$50.00** |
| **Pots/pans** | **$30.00** |
| **4 Appliances** | **$50.00** |
| **Refrigertor** | **$100.00** |
| **Washing Machine/Clothes Dryer** | **$200.00** |
| **Dishwasher** | **$50.00** |
| **Stove/Oven** | **$200.00** |
| **Microwave** | **$100.00** |
| **2 Freezers** | **$150.00** |
| **5 Beds** | **$250.00** |
| **3 Dressers** | **$375.00** |
| **5 Night Tables** | **$175.00** |
| **2 Mirrors** | **$100.00** |
| **Toys** | **$250.00** |
| **Lawn Mower** | **$250.00** |
| **Lawn Furniture** | **$250.00** |
| **Desk** | **$600.00** |

7.    **Electronics (details):**

| | |
|---|---|
| **7 Televisions** | **$750.00** |
| **Stereo** | **$30.00** |
| **2 DVD Players** | **$30.00** |
| **VCR** | **$10.00** |
| **CD Player** | **$5.00** |
| **Video Camera** | **$100.00** |
| **Telephone** | **$15.00** |

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**                                    Case number (if known)    **18-41971-btr-7**

| | |
|---|---:|
| **Computer** | **$50.00** |
| **Printer** | **$100.00** |
| 8.  **Collectibles of value (details):** | |
| **Books** | **$300.00** |
| **Pictures** | **$200.00** |
| **Video Games** | **$250.00** |
| **CDs** | **$100.00** |
| **DVDs** | **$250.00** |
| **2 Guitars** | **$100.00** |
| 11.  **Clothes (details):** | |
| **Clothes** | **$500.00** |
| **Shoes** | **$250.00** |
| **Accessories** | **$200.00** |
| 12.  **Jewelry (details):** | |
| **His Wedding Band** | **$500.00** |
| **Her Wedding Band** | **$500.00** |
| **2 Watches** | **$100.00** |
| **Costume Jewlery** | **$200.00** |

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41971-btr-7**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2305 Wildwood Lane Paris, TX 75461**<br>**Single Family Residence**<br>**Parcel: 108991**<br>Line from *Schedule A/B*: __**1.1**__ | $487,180.00 | ☑ $116,767.68<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2010 Chevrolet Tahoe (approx. 120000 miles)**<br>Line from *Schedule A/B*: __**3.1**__ | $17,200.00 | ☑ $4,112.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1 **Jeremy Darrell Archer**
Debtor 2 **Kristen LeAnn Archer**

Case number (if known) **18-41971-btr-7**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2013 Cadillac CTS (approx. 75000 miles)** Line from *Schedule A/B*: __3.2__ | **$15,825.00** | ☑ __$0.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2 Couches** Line from *Schedule A/B*: __6__ | **$200.00** | ☑ __$200.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **5 Chairs** Line from *Schedule A/B*: __6__ | **$250.00** | ☑ __$250.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Recliner** Line from *Schedule A/B*: __6__ | **$150.00** | ☑ __$150.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Loveseat** Line from *Schedule A/B*: __6__ | **$150.00** | ☑ __$150.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **7 Lamps** Line from *Schedule A/B*: __6__ | **$100.00** | ☑ __$100.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Coffee Tables** Line from *Schedule A/B*: __6__ | **$75.00** | ☑ __$75.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **5 End Tables** Line from *Schedule A/B*: __6__ | **$270.00** | ☑ __$270.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Dining Tables** Line from *Schedule A/B*: __6__ | **$400.00** | ☑ __$400.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Dishes** <br><br> Line from *Schedule A/B*: ___6___ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Pots/pans** <br><br> Line from *Schedule A/B*: ___6___ | **$30.00** | ☑ **$30.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **4 Appliances** <br><br> Line from *Schedule A/B*: ___6___ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigertor** <br><br> Line from *Schedule A/B*: ___6___ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Washing Machine/Clothes Dryer** <br><br> Line from *Schedule A/B*: ___6___ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dishwasher** <br><br> Line from *Schedule A/B*: ___6___ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Stove/Oven** <br><br> Line from *Schedule A/B*: ___6___ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Microwave** <br><br> Line from *Schedule A/B*: ___6___ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **2 Freezers** <br><br> Line from *Schedule A/B*: ___6___ | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**5 Beds**<br><br>Line from *Schedule A/B*:   **6** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Dressers**<br><br>Line from *Schedule A/B*:   **6** | **$375.00** | ☑ **$375.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**5 Night Tables**<br><br>Line from *Schedule A/B*:   **6** | **$175.00** | ☑ **$175.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Mirrors**<br><br>Line from *Schedule A/B*:   **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Toys**<br><br>Line from *Schedule A/B*:   **6** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Lawn Mower**<br><br>Line from *Schedule A/B*:   **6** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Lawn Furniture**<br><br>Line from *Schedule A/B*:   **6** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Desk**<br><br>Line from *Schedule A/B*:   **6** | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**7 Televisions**<br><br>Line from *Schedule A/B*:   **7** | **$750.00** | ☑ **$750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

**Schedule C: The Property You Claim as Exempt**

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**

Case number (if known)    **18-41971-btr-7**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Stereo**<br><br>Line from *Schedule A/B*: __7__ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 DVD Players**<br><br>Line from *Schedule A/B*: __7__ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**VCR**<br><br>Line from *Schedule A/B*: __7__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**CD Player**<br><br>Line from *Schedule A/B*: __7__ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Video Camera**<br><br>Line from *Schedule A/B*: __7__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Telephone**<br><br>Line from *Schedule A/B*: __7__ | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Computer**<br><br>Line from *Schedule A/B*: __7__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Printer**<br><br>Line from *Schedule A/B*: __7__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Books**<br><br>Line from *Schedule A/B*: __8__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Pictures**<br><br>Line from *Schedule A/B*:   **8** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Video Games**<br><br>Line from *Schedule A/B*:   **8** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**CDs**<br><br>Line from *Schedule A/B*:   **8** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**DVDs**<br><br>Line from *Schedule A/B*:   **8** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Guitars**<br><br>Line from *Schedule A/B*:   **8** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Treadmill and Weight Bench**<br><br>Line from *Schedule A/B*:   **9** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**380**<br><br>Line from *Schedule A/B*:   **10** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Clothes**<br><br>Line from *Schedule A/B*:   **11** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Shoes**<br><br>Line from *Schedule A/B*:   **11** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**

Case number (if known)    **18-41971-btr-7**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Accessories** | $200.00 | ☑ $200.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Line from *Schedule A/B*: __11__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **His Wedding Band** | $500.00 | ☑ $500.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Line from *Schedule A/B*: __12__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Her Wedding Band** | $500.00 | ☑ $500.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Line from *Schedule A/B*: __12__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **2 Watches** | $100.00 | ☑ $100.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Line from *Schedule A/B*: __12__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Costume Jewlery** | $200.00 | ☑ $200.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Line from *Schedule A/B*: __12__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Dog** | $10.00 | ☑ $10.00 | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Line from *Schedule A/B*: __13__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Jeremy Darrell Archer**
**Kristen LeAnn Archer**

CASE NO   **18-41971-btr-7**

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|-------------------------|
| 1. | Real property | $487,180.00 | $370,412.32 | $116,767.68 | $116,767.68 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $33,025.00 | $38,795.00 | $4,112.00 | $4,112.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $33,500.00 | $1,400.00 | $32,100.00 | $0.00 | $32,100.00 |
| 6. | Household goods and furnishings | $4,775.00 | $0.00 | $4,775.00 | $4,775.00 | $0.00 |
| 7. | Electronics | $1,090.00 | $0.00 | $1,090.00 | $1,090.00 | $0.00 |
| 8. | Collectibles of value | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 10. | Firearms | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 11. | Clothes | $950.00 | $0.00 | $950.00 | $950.00 | $0.00 |
| 12. | Jewelry | $1,300.00 | $0.00 | $1,300.00 | $1,300.00 | $0.00 |
| 13. | Non-farm animals | $10.00 | $0.00 | $10.00 | $10.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | ($706.15) | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:  **Jeremy Darrell Archer**
**Kristen LeAnn Archer**

CASE NO   **18-41971-btr-7**

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$563,023.85** | **$410,607.32** | **$163,004.68** | **$130,904.68** | **$32,100.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Jeremy Darrell Archer**
             **Kristen LeAnn Archer**

CASE NO   **18-41971-btr-7**

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| 2015 Dodge Ram 3500 (approx. 135000 miles) | $16,950.00 | $27,170.00 | $0.00 |
| **TOTALS:** | **$16,950.00** | **$27,170.00** | **$0.00** |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| 2013 Crusader 5th Wheel | $25,000.00 | $1,400.00 | $23,600.00 | $23,600.00 |
| 2017 5X8 Utility Trailer | $500.00 | | $500.00 | $500.00 |
| 1990 Four Winns Boat | $3,000.00 | | $3,000.00 | $3,000.00 |
| 2009 Rockwood Ultralight | $5,000.00 | | $5,000.00 | $5,000.00 |
| **TOTALS:** | **$33,500.00** | **$1,400.00** | **$32,100.00** | **$32,100.00** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **Jeremy Darrell Archer**
**Kristen LeAnn Archer**

CASE NO   **18-41971-btr-7**

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$563,023.85** |
| B. Gross Property Value of Surrendered Property | **$16,950.00** |
| C. Total Gross Property Value (A+B) | **$579,973.85** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$410,607.32** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$27,170.00** |
| F. Total Gross Encumbrances (D+E) | **$437,777.32** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$163,004.68** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.   Total Equity  (C-F) | **$163,004.68** |
| J.   Total Exemptions Claimed | **$130,904.68** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$32,100.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **18-41971-btr-7**
(if known)

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

   ☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
   ☑ Yes.  Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1**

**Citizens Bank**
Creditor's name
**Attention: ROP-15B**
Number     Street
**1 Citizens Drive**

**Riverside          RI     02940**
City               State   ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates**
   **to a community debt**

**Date debt was incurred**  **10/2013**

**Direct Pay-Reaffirm**

Describe the property that
secures the claim:

**2010 Chevrolet Tahoe**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $13,088.00 | $17,200.00 | |

**As of the date you file, the claim is:**  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Automobile Lien**

Last 4 digits of account number    **4   5   9   3**

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| |
|---|
| $13,088.00 |

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | Case number (if known) | **18-41971-btr-7** |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Commercial Bk Texas Na**
Creditor's name
**215 E Main St**
Number    Street

**Nacogdoches    TX    75961**
City            State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    **09//24/2012**

**Direct Pay**

Describe the property that secures the claim:
**2013 Crusader 5th Wheel**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Recreational**

Last 4 digits of account number    **6  8  0  2**

| Column A | Column B | Column C |
|---|---|---|
| $1,400.00 | $4,500.00 | |

---

**2.3**

**Guaranty Bank & Trust**
Creditor's name
**P O Box 1158**
Number    Street

**Mount Pleasant    TX    75456**
City            State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    **07/20/2015**

**Surrender**

Describe the property that secures the claim:
**2015 Dodge Ram 3500**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Automobile Lien**

Last 4 digits of account number    **0  3  0  4**

| Column A | Column B | Column C |
|---|---|---|
| $27,170.00 | $16,950.00 | $10,220.00 |

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$28,570.00**

Debtor 1  **Jeremy Darrell Archer**
Debtor 2  **Kristen LeAnn Archer**

Case number (if known)  **18-41971-btr-7**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them<br>sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral<br>that supports this<br>claim** | *Column C*<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|---|

**2.4**

**Guaranty Bank & Trust**
Creditor's name
**P O Box 1158**
Number      Street

Describe the property that
secures the claim:   **$181,564.81      $182,000.00**

**Trailers & AR**

**Mount Pleasant    TX    75456**
City      State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates
to a community debt**

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Secured**

Date debt was incurred _____

Last 4 digits of account number   **0   2   8   5**

**Surrender**

**2.5**

**Lamar County Tax Assessor**
Creditor's name
**521 Bonham St.**
Number      Street

Describe the property that
secures the claim:   **$11,305.32      $487,180.00**

**2305 Wildwood Lane Paris,
TX 75462**

**Paris              TX    75460**
City      State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates
to a community debt**

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Property Taxes**

Date debt was incurred _____

Last 4 digits of account number   **8   9   9   1**

**Direct  Pay**

Add the dollar value of your entries in Column A on this page.  Write
that number here:                    **$192,870.13**

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.6 | Describe the property that secures the claim: | $359,107.00 | $487,180.00 | |
|---|---|---|---|---|

**Liberty Ntl**
Creditor's name
**305 Lamar Ave**
Number      Street

**2305 Wildwood Lane Paris, TX 75461**

**Paris**          **TX**   **75460**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Real Estate Specific Type Unknown**

Date debt was incurred   **04/17/2014**   Last 4 digits of account number   **0  7  7  1**

**Direct Pay-Reaffirm**

| 2.7 | Describe the property that secures the claim: | $25,707.00 | $15,825.00 | $9,882.00 |
|---|---|---|---|---|

**Wells Fargo Dealer Services**
Creditor's name
**Attn: Bankruptcy**
Number      Street
**PO Box 19657**

**2013 Cadillac CTS**

**Irvine**          **CA**   **92623**
City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Automobile Lien**

Date debt was incurred   **06/2016**   Last 4 digits of account number   **1  3  4  2**

**Direct Pay-Reaffirm**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$384,814.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**$619,342.13**

**Fill in this information to identify your case:**

| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41971-btr-7**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | **$169,279.33** | **$169,279.33** | **$0.00** |

**Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operations**
Number     Street
**PO Box 7346**

**Philadelphia          PA      19101-7346**
City                              State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Direct Pay**

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
|  | **$10,000.00** | **$10,000.00** | **$0.00** |

| 2.2 |

**Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operations**
Number      Street
**PO Box 7346**

**Philadelphia          PA     19101-7346**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Direct Pay**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim?**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**                                     Case number (if known)   **18-41971-btr-7**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**

**$0.00**

**ACT Global**
Nonpriority Creditor's Name
**4201 W. Parmer Lane Ste. B175**
Number        Street


**Austin**                       **TX**      **78727**
City                                State       ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**4.2**

**$324,488.96**

**ACT Global c/o John Ferguson**
Nonpriority Creditor's Name
**9015 Mopac Blvd. Ste. 200**
Number        Street


**Austin**                       **TX**      **78746**
City                                State       ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collecting for - ACT Global**

**ACT Global v Archco Superior Construction and Jeremy Archer**

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**                                    Case number (if known)   **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3                                                                        **$97,248.50**

**Alan Scheinthal**                          Last 4 digits of account number  ___  ___  ___  ___
Nonpriority Creditor's Name
**4635 S.W. Freeway Ste. 720**               When was the debt incurred?
Number        Street
_____            As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
_____            ☐ Disputed

**Houston**              **TX**    **77027**
City                     State    ZIP Code   Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.        ☐ Student loans
☐ Debtor 1 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☑ Other. Specify
☑ **Check if this claim is for a community debt**    **Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.4                                                                        **$0.00**

**Allied Interstate**                        Last 4 digits of account number  **6   9   0   0**
Nonpriority Creditor's Name
**3000 Corporate Exchange Dr 5th Fl**        When was the debt incurred?
Number        Street
_____            As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
_____            ☐ Disputed

**Columbus**             **OH**    **43231**
City                     State    ZIP Code   Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.        ☐ Student loans
☐ Debtor 1 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☑ Other. Specify
☑ **Check if this claim is for a community debt**    **Collecting for - PayPal**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.5                                                                        **$61.00**

**AMCA/American Medical Collection Agency**  Last 4 digits of account number  **7   9   6   4**
Nonpriority Creditor's Name
**Attention: Bankruptcy**                    When was the debt incurred?  **08/28/2017**
Number        Street
**4 Westchester Plaza, Suite 110**           As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
_____            ☐ Disputed

**Elmsford**             **NY**    **10523**
City                     State    ZIP Code   Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.        ☐ Student loans
☐ Debtor 1 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☑ Other. Specify
☑ **Check if this claim is for a community debt**    **Original Creditor Name: QUEST DIAGNOSTICS INCOPORA**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**
_____   Case number (if known)   **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.6 | | **$849.00** |

**AMCOL Systems, Inc.**
Nonpriority Creditor's Name
**Amcol Systems, Inc.**
Number     Street
**PO Box 21625**

**Columbia**              **SC**    **29221**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2   5   8   4**
**When was the debt incurred?**   **02/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Original Creditor Name: FIRST CHOICE EMERGENCY ROO**

| 4.7 | | **$71.00** |

**AMCOL Systems, Inc.**
Nonpriority Creditor's Name
**Amcol Systems, Inc.**
Number     Street
**PO Box 21625**

**Columbia**              **SC**    **29221**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **3   4   2   9**
**When was the debt incurred?**   **08/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Original Creditor Name: FIRST CHOICE EMERGENCY ROO**

| 4.8 | | **$0.00** |

**Atlantic Credit & Finance Inc**
Nonpriority Creditor's Name
**PO Box 13386**
Number     Street

**Roanoke**              **VA**    **24033-3386**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collecting for - Paypal**

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**

Case number (if known)    **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**$0.00**

**Atlantic Credit & Finance Inc**
Nonpriority Creditor's Name
**PO Box 2083**
Number        Street

**Warren**            **MT**    **48090**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for - Synchrony Bank**

### 4.10

**$1,733.00**

**Bank Of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 982238**

**El Paso**            **TX**    **79998**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  6  0  1  6
**When was the debt incurred?**    02/2004

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

### 4.11

**$0.00**

**Barnett & Garcia PLLC**
Nonpriority Creditor's Name
**3821 Juniper Trace Ste. 108**
Number        Street

**Austin**            **TX**    **78738**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  0  4  8  4
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Attorney for - Genan inc**

Debtor 1  **Jeremy Darrell Archer**
Debtor 2  **Kristen LeAnn Archer**                                    Case number (if known) __18-41971-btr-7__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.                                    **Total claim**

---

**4.12**                                                                                    **$0.00**

**C&C Rental**
Nonpriority Creditor's Name                       **Last 4 digits of account number** __ __ __ __
**2720 N. Main St,**                              **When was the debt incurred?** _____
Number       Street
                                                  **As of the date you file, the claim is:** Check all that apply.
_____              ☐ Contingent
                                                  ☐ Unliquidated
**Paris**                  **TX**   **75460**      ☐ Disputed
City                       State    ZIP Code
**Who incurred the debt?** Check one.             **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**                  **Services**
☑ No
☐ Yes

---

**4.13**                                                                                    **$125.90**

**Calvary Urget Care**                            **Last 4 digits of account number** __3__ __8__ __1__ __4__
Nonpriority Creditor's Name
**PO Box 45012**                                  **When was the debt incurred?** _____
Number       Street
                                                  **As of the date you file, the claim is:** Check all that apply.
_____              ☐ Contingent
                                                  ☐ Unliquidated
**Loves Park**             **IL**   **61131**      ☐ Disputed
City                       State    ZIP Code
**Who incurred the debt?** Check one.             **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**                  **Medical**
☑ No
☐ Yes

---

**4.14**                                                                                    **$15,899.00**

**Capital One**                                   **Last 4 digits of account number** __1__ __2__ __6__ __5__
Nonpriority Creditor's Name
**Attn: Bankruptcy**                              **When was the debt incurred?** __06/2010__
Number       Street
**PO Box 30285**                                  **As of the date you file, the claim is:** Check all that apply.
                                                  ☐ Contingent
_____              ☐ Unliquidated
**Salt Lake City**         **UT**   **84130**      ☐ Disputed
City                       State    ZIP Code
**Who incurred the debt?** Check one.             **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                   ☐ Student loans
☐ Debtor 2 only                                   ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another         ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**                  **Charge Account**
☑ No
☐ Yes

---

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.15 | | **$2,090.00** |
| --- | --- | --- |

**Cavalry Portfolio Services**
Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
Number      Street
**500 Summit Lake Ste 400**

**Valhalla**                    **NY      10595**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      **5   6   0   8**
**When was the debt incurred?**      **01/2017**

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Original Creditor Name: SYNCHRONY BANK**

| 4.16 | | **$646.00** |
| --- | --- | --- |

**Cavalry Portfolio Services**
Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
Number      Street
**500 Summit Lake Ste 400**

**Valhalla**                    **NY      10595**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      **9   6   1   7**
**When was the debt incurred?**      **03/2017**

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Original Creditor Name: SYNCHRONY BANK**

| 4.17 | | **$202.34** |
| --- | --- | --- |

**Central Credit Services, Inc.**
Nonpriority Creditor's Name
**P.O. Box 15118**
Number      Street

**Jacksonville**                **FL      32239**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**      **2   3   3   A**
**When was the debt incurred?**

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Collecting for - Lab Corp**

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**

Case number (if known) **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.18**

| | **$16,234.00** |

**Chase Card Services**
Nonpriority Creditor's Name
**Correspondence Dept**
Number       Street
**PO Box 15298**

**Wilmington            DE      19850**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **2  0  3  5**
**When was the debt incurred?**  **11/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**4.19**

| | **$8,538.00** |

**Chase Card Services**
Nonpriority Creditor's Name
**Correspondence Dept**
Number       Street
**PO Box 15298**

**Wilmington            DE      19850**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **1  4  8  2**
**When was the debt incurred?**  **09/2002**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**4.20**

| | **$0.00** |

**Chase Card Services**
Nonpriority Creditor's Name
**Correspondence Dept**
Number       Street
**PO Box 15298**

**Wilmington            DE      19850**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **5  4  8  0**
**When was the debt incurred?**  **01/2005**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | | |
| | | Case number (if known) | **18-41971-btr-7** |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.21**

**Total claim** $0.00

**Chrysler Financial/TD Auto Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9223**

**Farmington Hills        MI     48333**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **9   6   8   0**
When was the debt incurred?    **08/2012**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Automobile**

---

**4.22**

$1,880.00

**Citicards**
Nonpriority Creditor's Name
**Citicorp Credit Services/Attn: Centraliz**
Number    Street
**PO Box 790040**

**Saint Louis        MO     63179**
City                 State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **6   2   9   2**
When was the debt incurred?    **04/2004**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Credit Card**

---

**4.23**

$1,208.00

**Comenity Bank / Bealls**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept**
Number    Street
**PO Box 182125**

**Columbus        OH     43218**
City              State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1   6   1   8**
When was the debt incurred?    **10/2001**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Charge Account**

---

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.24**

**$0.00**

**Comenity Bank/Goodys**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number   Street
**PO Box 182125**

**Columbus**          **OH**   **43218**
City                          State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4   8   8   7**
**When was the debt incurred?**   **03/2003**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Charge Account**

**4.25**

**$0.00**

**Comenity Bank/Maurices**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept**
Number   Street
**PO Box 182125**

**Columbus**          **OH**   **43218**
City                          State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **8   6   7   9**
**When was the debt incurred?**   **10/09/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Charge Account**

**4.26**

**$0.00**

**Commercial Bk Texas Na**
Nonpriority Creditor's Name
**215 E Main St**
Number   Street

**Nacogdoches**       **TX**   **75961**
City                          State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **6   7   9   1**
**When was the debt incurred?**   **09/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unsecured**

Debtor 1  **Jeremy Darrell Archer**

Debtor 2  **Kristen LeAnn Archer**

Case number (if known)  **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.27

$0.00

**Credit Collections Services**
Nonpriority Creditor's Name
**Attention: Bankruptcy**
Number     Street
**725 Canton Street**

**Norwood**            **MA     02062**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Debtor paid debt**

Last 4 digits of account number   **9   5   0   4**
When was the debt incurred?   **01/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Original Creditor Name: SAFECO INSURANCE**

4.28

$72.22

**Credit Systems**
Nonpriority Creditor's Name
**P.O. Box  1088**
Number     Street

**Arlington**           **TX     76004**
City                        State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2   3   7   0**
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - Radiology Assoc. N. Texas**

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

---

**4.29**

**$0.00**

**Fifth Third Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number      Street
**1830 E Paris Ave SE**

**Grand Rapids**          **MI     49546**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **3   4   6   4**
**When was the debt incurred?**   **09/2011**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Automobile**

---

**4.30**

**$0.00**

**First Choice Emergency Room**
Nonpriority Creditor's Name
**PO Box 841047**
Number      Street

**Dallas**          **TX     75284**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical**

---

**4.31**

**$0.00**

**Four Oaks Village RV Park**
Nonpriority Creditor's Name
**17431 FM1314**
Number      Street

**Conroe**          **TX     77302**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

---

Debtor 1   **Jeremy Darrell Archer**

Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.32**
**$0.00**

**GC Services**
Nonpriority Creditor's Name
**PO Box 1280**
Number   Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?

**Oaks**          **PA**   **19456**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - Chase Bank**

**4.33**
**$55,496.81**

**Genan Inc.**
Nonpriority Creditor's Name
**18038 Beaumont Hwy.**
Number   Street

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?

**Houston**          **TX**   **77049**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**4.34**
**$0.00**

**Guaranty Bank & Trust**
Nonpriority Creditor's Name
**P O Box 1158**
Number   Street

Last 4 digits of account number  0   0   4   3

When was the debt incurred?   **02/2012**

**Mount Pleasant**   **TX**   **75456**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Secured**

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known) **18-41971-btr-7**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.35**

| | | **$0.00** |
|---|---|---|

**Guaranty Bank & Trust**
Nonpriority Creditor's Name
**P O Box 1158**
Number       Street

**Mount Pleasant          TX       75456**
City                                State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **0   4   1   1**
**When was the debt incurred?**   **09/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Agriculture**

**4.36**

| | | **$0.00** |
|---|---|---|

**Guaranty Bank & Trust**
Nonpriority Creditor's Name
**P O Box 1158**
Number       Street

**Mount Pleasant          TX       75456**
City                                State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **9   8   5   1**
**When was the debt incurred?**   **01/31/2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unknown Loan Type**

**4.37**

| | | **$0.00** |
|---|---|---|

**Guaranty Bank & Trust**
Nonpriority Creditor's Name
**P O Box 1158**
Number       Street

**Mount Pleasant          TX       75456**
City                                State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **3   8   1   8**
**When was the debt incurred?**   **01/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Agriculture**

| Debtor 1 | **Jeremy Darrell Archer** | |
|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | |

Case number (if known) **18-41971-btr-7**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.38**

**$0.00**

**Guaranty Bank & Trust**
Nonpriority Creditor's Name
**P O Box 1158**
Number      Street

Last 4 digits of account number   **7   3   3   3**
When was the debt incurred?   **10/2011**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mount Pleasant          TX     75456**
City                State     ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Agriculture**

**4.39**

**$0.00**

**Jenkins, Wagnon & Young PC**
Nonpriority Creditor's Name
**PO Box 420**
Number      Street

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lubbock          TX     79408-0420**
City                State     ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Attorney for - Synchrony/Rooms To Go**

**4.40**

**$0.00**

**Kazlow Fields**
Nonpriority Creditor's Name
**8100 Sandpiper Circle, Ste 204**
Number      Street

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Baltimore          MD     21236**
City                State     ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - Western Surety**

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**
_____   Case number (if known)   **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.41**                                                                                                   **$0.00**

**Labcorp**
Nonpriority Creditor's Name
**PO Box 2240**
Number        Street
_____

**Burlington**          **NC**    **27216**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical**

**4.42**                                                                                                   **$32,403.00**

**LG Funding**
Nonpriority Creditor's Name
**1213 Union St. Ste. 2**
Number        Street
_____

**Brooklyn**           **NY**    **11225**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Debt**

**4.43**                                                                                                   **$225.39**

**Medical City Dallas Hospital**
Nonpriority Creditor's Name
**P.O. Box 740782**
Number        Street
_____

**Cincinnati**          **OH**    **45274**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **2   1   2   0**
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical**

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | | |
| | | Case number (if known) | **18-41971-btr-7** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.44**

**Medical City Dallas Hospital**
Nonpriority Creditor's Name
**P.O. Box 740782**
Number      Street

_____

_____

**Cincinnati            OH      45274**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8   6   7   9**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

**$2,691.88**

---

**4.45**

**Mercantile Adjustment Bureau, LLC**
Nonpriority Creditor's Name
**165 Lawrence Bell Dr, Ste 100**
Number      Street

_____

_____

**Williamsville          NY      14221**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - Bank of America**

**$0.00**

---

**4.46**

**MRS Solutions**
Nonpriority Creditor's Name
**1930 Olney Ave**
Number      Street

_____

_____

**Cherry Hill            NJ      08003**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - Chase**

**$0.00**

---

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.47

**$0.00**

**Nationwide Credit**
Nonpriority Creditor's Name
**PO Box 14581**
Number         Street

**Des Moines**              **IA**     **50306**
City                       State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1   4   8   2**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - Chase**

### 4.48

**$2,000.00**

**Paypal Credit Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number         Street
**PO Box 5138**

**Lutherville**             **MD**     **21094**
City                       State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **6   9   0   0**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

### 4.49

**$0.00**

**Quest Diagnostics**
Nonpriority Creditor's Name
**500 Plaza Drive**
Number         Street

**Secaucus**               **NJ**     **07094**
City                       State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | Case number (if known) | **18-41971-btr-7** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.50
**$0.00**

**Rooms To Go**
Nonpriority Creditor's Name
**P O Box 703**
Number         Street

_____

**Wooddale**          **IL**    **60181**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

### 4.51
**$0.00**

**Security Bank Crawford**
Nonpriority Creditor's Name

Number         Street

_____

_____
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **6   7   9   1**
**When was the debt incurred?**  **09/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Unsecured**

### 4.52
**$0.00**

**Security Bank Crawford**
Nonpriority Creditor's Name

Number         Street

_____

_____
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **6   8   0   2**
**When was the debt incurred?**  **09/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Recreational**

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.53

$0.00

**Silverline Services**
Nonpriority Creditor's Name
**860 Broadway 5th FL**
Number      Street

_____

**New York**                   **NY**      **10003**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Business Debt**

### 4.54

$161.93

**Solis Mammography**
Nonpriority Creditor's Name
**PO Box 203268**
Number      Street

_____

**Dallas**                     **TX**      **75320**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 4 6 4 4
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Medical**

### 4.55

$0.00

**Syncb/Rooms To Go**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 965060**

_____

**Orlando**                    **FL**      **32896**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 7 5 2 3
**When was the debt incurred?** 06/2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Charge Account**

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | Case number (if known) | **18-41971-btr-7** |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.56 | | **$0.00** |
|---|---|---|

**Syncb/Rooms To Go**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 965060**

**Orlando**          **FL     32896**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number   7   5   6   4**

**When was the debt incurred?**   06/2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Charge Account**

---

| 4.57 | | **$1,258.00** |
|---|---|---|

**Synchrony Bank/Belk**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept**
Number      Street
**PO Box 965060**

**Orlando**          **FL     32896**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number   2   2   2   9**

**When was the debt incurred?**   02/2012

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Charge Account**

---

| 4.58 | | **$0.00** |
|---|---|---|

**Synchrony Bank/Gap**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept**
Number      Street
**PO Box 965060**

**Orlando**          **FL     32896**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number   0   9   0   0**

**When was the debt incurred?**   11/2013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

---

Debtor 1  **Jeremy Darrell Archer**

Debtor 2  **Kristen LeAnn Archer**

Case number (if known)  **18-41971-btr-7**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.59

**$0.00**

**Synchrony Bank/Sams**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 965060**

**Orlando**          **FL**    **32896**
City               State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5   0   4   9**

**When was the debt incurred?**   03/04/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

---

### 4.60

**$102.00**

**Synerprise Consulting**
Nonpriority Creditor's Name
**5651 Broadmoor St**
Number     Street

**Mission**          **KS**    **66202**
City               State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **3   7   8   4**

**When was the debt incurred?**   04/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Original Creditor Name: U.S. ANESTHESIA PARTNERS**

---

### 4.61

**$0.00**

**Synerprise Consulting Services**
Nonpriority Creditor's Name
**2809 Regal Rd. # 107**
Number     Street

**Plano**           **TX**    **75075**
City               State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **4   6   4   4**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - Solis Mammography**

---

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**

Case number (if known)  **18-41971-btr-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.62**                                                                     **$0.00**

**United Collection Bureau**
Nonpriority Creditor's Name
**5260 South Wyck Blvd. Ste 206**
Number          Street

_____

**Toledo**              **OH**    **43614-0190**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - Capital One**

---

**4.63**                                                                     **$0.00**

**Vital Recovery Services, Inc**
Nonpriority Creditor's Name
**PO Box 923748**
Number          Street

_____

**Peachtree Corners**    **GA**    **30010-3747**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - Synchrony Bank0**

---

**4.64**                                                                     **$0.00**

**Wells Fargo Dealer Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number          Street
**PO Box 19657**

_____

**Irvine**              **CA**    **92623**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **1** **9** **7** **8**

**When was the debt incurred?**  **02/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Automobile**

---

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**                                   Case number (if known)   **18-41971-btr-7**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.65**

$4,109.00

**Wf/preferr**
Nonpriority Creditor's Name

**Po Box 14517**
Number        Street

_____

**Des Moines**              **IA**      **50306**
City                        State    ZIP Code

**Who incurred the debt?**        Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **9**   **0**   **7**   **4**

**When was the debt incurred?**    **06/2014**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Charge Account**

Debtor 1   **Jeremy Darrell Archer**
Debtor 2   **Kristen LeAnn Archer**                                    Case number (if known)   **18-41971-btr-7**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Able Moya c/o Jon Dumbeck**
Name
**Dumbeck and Dumbeck**
Number      Street
**3355 Mission Ave, Ste 139**

**Oceanside          CA      72058**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Able Moya v. Archco Superior Construction, and Jeremy Archer, Cause No. 37-2017-00007295-CU-FR-NC**

---

**Blazier, Christensen, Browder & Virr**
Name
**John Ferguson**
Number      Street
**901 S. Mopac, Bldg. V, Ste 200**

**Austin            TX      78746**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**ACT Global Americas inc. v. Archco Superior Construction and Jeremy Archer, Cause No. D-1-GN-17-004557**

---

**BSC Management c/o J. Carlos Sedillo**
Name
**1155 Dairy Ashford, Ste 300**
Number      Street

**Houston           TX      77079**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**BSC Management LTD**

---

**Camp Davis Stone c/o Mitch Adams**
Name
**Mayo Mendolia & Vice LLP**
Number      Street
**110 North College Ave, Ste 101**

**Tyler             TX      75702**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Camp Davis Stone, v Archco Superior Construction, Cause No. 2016-11-0771**

---

**Chisum ISD c/o Blake Powell**
Name
**Powell & Leon LLP**
Number      Street
**115 Wild Basin Rd, STE 106**

**Austin            TX      78746**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**Chisum ISD v Smallwood Archer Construction, Archco Superior Construction, and Insurors Indemnity Companies; Cause No. 87806**

---

Debtor 1    **Jeremy Darrell Archer**

Debtor 2    **Kristen LeAnn Archer**

Case number (if known)  **18-41971-btr-7**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

---

**Denan c/o Don Barnett**
Name
**Barnett & Garcia**
Number    Street
**3821 Juniper Trace, Ste 108**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**          **TX**    **78738**
City          State    ZIP Code

**Genan v Archco Superior Construction, Cause No. 2015-40484**

---

**Don Lemaster c/o Robert Rosen**
Name
**11300 N. Central Expressway, Ste 103**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**          **TX**    **75243**
City          State    ZIP Code

**Don Lemaster dba Golf Turfs of DFW v Archco Superior Construction and Jeremy Archer, Cause No. C-11236**

---

**Genan c/o Lisa Watkins**
Name
**Watkins & Watkins**
Number    Street
**24 Greenway Plaza, Ste 1710**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Houston**          **TX**    **77046**
City          State    ZIP Code

**Genan v Archco Superior Construction, Cause No 2015-40484**

---

**Gene Rosen**
Name
**147-10 77th Ave.**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Kew Gardens Hills**          **NY**    **11367**
City          State    ZIP Code

---

**Heavy Equipment c/o Ian McCarthy**
Name
**Barnett & Garcia**
Number    Street
**3821 Juniper Trace, Ste 108**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**          **TX**    **78738**
City          State    ZIP Code

---

**Hensel Phelps Construction**
Name
**420 6th Avenue**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Greeley**          **CO**    **80632**
City          State    ZIP Code

**Sun Country Systems v. Hensel Phelps Construction Co. v. Archco Superior Construction, LLC; Case No. 01-18-0002-2034**

Debtor 1   **Jeremy Darrell Archer**

Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

---

**Insurors Indemnity c/o Alan Harlan**
Name
**Coats Rose**
Number       Street
**14755 Preston Road, Ste 600**

**Dallas**                **TX**    **75254**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Chisum ISD v Smallwood Archer Construction, Archco Superior Construction, and Insurors Indemnity Companies, Cause No. 87806**

---

**LG Funding c/o Gene W. Rosen**
Name
**147-10 77th Avenue**
Number       Street

**Kew Gardens Hills**        **NY**    **11367**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**LG Funding v Archco and Jeremy Archer**

---

**Mart ISD c/o Andrew Clark**
Name
**Naman Howell Smith & Lee**
Number       Street
**400 Austin Avenue, Ste 800**

**Waco**                  **TX**    **76701**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Mart Independent School District v. Smallwood Archer Construction and Archco Superior Construction, Cause No. 2018-2786-4**

---

**Randy Kucera**
Name
**General Counsel, Guaranty Bank & Trust**
Number       Street
**100 W. Arkansas St**

**Mt. Pleasant**          **TX**    **75455**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Guaranty Bank & Trust v. Archco Superior Construction and Jeremy Archer and Kristin Archer, Cause No. 40,337**

---

**Scott Nichols c/o William Ferebee**
Name
**1790 Hughes Landing Blvd, Ste 550**
Number       Street

**The Woodlands**         **TX**    **77380**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Scott Nichols v. Archco Superior Construction, and Jeremy Archer**

---

Debtor 1   **Jeremy Darrell Archer**

Debtor 2   **Kristen LeAnn Archer**

Case number (if known)   **18-41971-btr-7**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Silverline c/o Jeffrey Zachter**
Name
**30 Wall Street, 8th Floor**
Number       Street

**New York**            **NY**   **10005**
City                State     ZIP Code

**Silverline Services**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Sprinturf c/o John Lockett III**
Name
**Morris, Manning, & Martin LLC**
Number       Street
**3343 Peachtree Road NE**

**1600 Atlanta Financial Center**

**Atlanta**            **GA**   **30326**
City                State     ZIP Code

**Sprinturf v Archco Construction, Cause No 17-A-1839**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Sun Country c/o Dennis Walsh**
Name
**6355 Topanga Canyon Blvd. #419**
Number       Street

**Woodlands Hills**            **CA**   **91367**
City                State     ZIP Code

**Sun Country Systems v. Hensel Phelps Construction Co. v. Archco Superior Construction, LLC; Case No. 01-18-0002-2034;**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Tate Miller c/o James Rodgers**
Name
**Moore Law Firm, LLP**
Number       Street
**100 N. Main Street**

**Paris**            **TX**   **75460**
City                State     ZIP Code

**Tate Miller v. Archco Superior Construction and Jeremy Archer; Cause No. 84947**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**The Zone c/o Timothy McCloskey**
Name
**McCloskey Roberson, PLLC**
Number       Street
**945 Heights Blvd**

**Houston**            **TX**   **77008**
City                State     ZIP Code

**The Zone Inc. v. Archco Superior Construction**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Tire City**
Name
**601 N Main St,**
Number       Street

**Paris**            **TX**   **75460**
City                State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1  **Jeremy Darrell Archer**
Debtor 2  **Kristen LeAnn Archer**                                Case number (if known)  **18-41971-btr-7**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
| --- | --- |

6. Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
   28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$179,279.33** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | **$0.00** |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | **$179,279.33** |

|  |  |  | **Total claim** |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | **$569,794.93** |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | **$569,794.93** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41971-btr-7**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41971-btr-7**
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                            12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☒ Yes

      In which community state or territory did you live?        **Texas**        Fill in the name and current address of that person.

      **Kristen LeAnn Archer**
      Name of your spouse, former spouse, or legal equivalent
      **2305 Wildwood Lane**
      Number        Street

      _____

      **Paris**                        **TX**        **75462**
      City                        State        ZIP Code

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:*  **Your codebtor**                    *Column 2:*  **The creditor to whom you owe the debt**

                                       Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **18-41971-btr-7** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status**  ☑ Employed  ☐ Not employed | ☑ Employed  ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation**  **Subcontractor** | **Unemployed** |
| | | **Employer's name**  **Self-employed** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address**  **2305 Wildwood Ln**  Number   Street | Number   Street |
| | | **Paris**          **TX**   **75462**  City          State   Zip Code | City          State   Zip Code |
| | | **How long employed there?**   **2 Months** | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$7,100.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$7,100.00** | **$0.00** |

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | | |

Case number (if known)  **18-41971-btr-7**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .................................................... ➔ 4. | **$7,100.00** | **$0.00** |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** Tax, Medicare, and Social Security deductions          5a. | **$0.00** | **$0.00** |
| | **5b.** Mandatory contributions for retirement plans          5b. | **$0.00** | **$0.00** |
| | **5c.** Voluntary contributions for retirement plans          5c. | **$0.00** | **$0.00** |
| | **5d.** Required repayments of retirement fund loans          5d. | **$0.00** | **$0.00** |
| | **5e.** Insurance          5e. | **$0.00** | **$0.00** |
| | **5f.** Domestic support obligations          5f. | **$0.00** | **$0.00** |
| | **5g.** Union dues          5g. | **$0.00** | **$0.00** |
| | **5h.** Other deductions.<br>Specify: _____          5h. **+** | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.          6. | **$0.00** | **$0.00** |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.          7. | **$7,100.00** | **$0.00** |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm          8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** Interest and dividends          8b. | **$0.00** | **$0.00** |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive          8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** Unemployment compensation          8d. | **$0.00** | **$0.00** |
| | **8e.** Social Security          8e. | **$0.00** | **$0.00** |
| | **8f.** Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____          8f. | **$0.00** | **$0.00** |
| | **8g.** Pension or retirement income          8g. | **$0.00** | **$0.00** |
| | **8h.** Other monthly income.<br>Specify: _____          8h. **+** | **$0.00** | **$0.00** |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.          9. | **$0.00** | **$0.00** |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.          10.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | **$7,100.00** **+** | **$0.00**  **=**   **$7,100.00** |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____          11. **+**          **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.          12.          **$7,100.00**
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.          **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41971-btr-7**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 12 Yrs | ☐ No ☑ Yes |
| Daughter | 10 Yrs | ☐ No ☑ Yes |
| Son | 7 Yrs | ☐ No ☑ Yes |
| Son | 3 Yrs | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $1,894.37 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $819.22 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $390.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $100.00 |
| 4d. Homeowner's association or condominium dues | 4d. | |

| Debtor 1 | **Jeremy Darrell Archer** | | |
|---|---|---|---|
| Debtor 2 | **Kristen LeAnn Archer** | Case number (if known) | **18-41971-btr-7** |

**Your expenses**

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$200.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$150.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$100.00** |
| | 6d. Other. Specify: __Cell Phone__ | 6d. | **$100.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$130.00** |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$400.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1  **2010 Chevrolet Tahoe** | 17a. | **$606.03** |
| | 17b. Car payments for Vehicle 2  **2013 Cadillac CTS** | 17b. | **$580.27** |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: **IRS Payment** | 17d. | **$200.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1  **Jeremy Darrell Archer**
Debtor 2  **Kristen LeAnn Archer**

Case number (if known)  **18-41971-btr-7**

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21. Other.** Specify: _____  21. **+** _____

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. **$7,019.89** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. **$7,019.89** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. **$7,100.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **−** **$7,019.89** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. **$80.11** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41971-btr-7**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:     Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | **$487,180.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | **$92,793.85** |
| | 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | **$579,973.85** |

## Part 2:     Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$619,342.13** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$179,279.33** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$569,794.93** |
| | **Your total liabilities** | **$1,368,416.39** |

## Part 3:     Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................. | **$7,100.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................... | **$7,019.89** |

Debtor 1    **Jeremy Darrell Archer**
Debtor 2    **Kristen LeAnn Archer**                                          Case number (if known)   **18-41971-btr-7**

## Part 4:    Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

9d.   Student loans.  (Copy line 6f.)

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

9g.   **Total.**  Add lines 9a through 9f.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | **Darrell** | **Archer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen** | **LeAnn** | **Archer** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41971-btr-7**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jeremy Darrell Archer**                    X **/s/ Kristen LeAnn Archer**
Jeremy Darrell Archer, Debtor 1                    Kristen LeAnn Archer, Debtor 2

Date **09/12/2018**                                Date **09/12/2018**
MM / DD / YYYY                                      MM / DD / YYYY